■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO REYES, Appellant. [731 NYS2d 853] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lewis, J.), rendered January 13, 2000, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention is unpreserved for appellate review (*see,* CPL 470.05 [2]), and we decline to reach the issue in the exercise of our interest of justice jurisdiction. Santucci, J. P., Goldstein, Townes and Cozier, JJ., concur.